**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| TYLER FREDRICK RIFLEY,<br><br>               Plaintiff,<br>   vs.<br><br>MUNICIPALITY OF ANCHORAGE POLICE DEPARTMENT, and JAMES WILLIAMS, individually and in his official capacity,<br><br>               Defendants. | Case No.: 3:18-cv-00002-SLG |

## ORDER OF DISMISSAL

On April 5, 2018, self-represented Plaintiff Tyler Fredrick Rifley was accorded until May 18, 2018 to file an amended complaint.[1]  To date, nothing additional has been filed.

**IT IS THEREFORE ORDERED**:

1. The case is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(b).

2. Any pending motions are denied as moot.

3.  The Clerk of Court is directed to issue a final judgment accordingly.

DATED at Anchorage, Alaska, this 21st day of May, 2018.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[1] *See* Docket 6, Screening Order.